UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MI SOOK HONG,

                  Plaintiff,

-against-

RICKY L MULL and ERDNER BROS. INC.,

                  Defendants.
-------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Docket No.:

      Defendant, RICKY L MULL, is an individual and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

      Defendant, ERDNER BROS. INC., is a privately held entity and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Dated: New York, New York
       May 22, 2023

                              LEWIS BRISBOIS BISGAARD & SMITH LLP

              By: *Amanda M. Rubildo*
                      Amanda M. Rubildo
                      *Attorneys for Defendants*
                      RICKY L MULL and
                      ERDNER BROS. INC.
                      77 Water Street, Suite 2100
                      New York, New York 10005
                      212.232.1300
                      Our File No.:  29881.332

TO:

Cory P. Strauss, Esq.
LAW OFFICE OF EVANS D. PRIESTON, P.C.
*Attorneys for Plaintiff*
MI SOOK HONG
47-40 21st Street, 10th Floor
Long Island City, NY 11101
Phone: (718) 424-2444

95287867.1

LEWIS BRISBOIS BISGAARD & SMITH LLP

Docket No.:                                            File No.: 29881.332

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MI SOOK HONG,

                              Plaintiff(s),

       -against-

RICKY L MULL and ERDNER BROS. INC.

                             Defendant(s).

## RULE 7.1 STATEMENT

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Attorneys for Defendant(s):

             *Office Address & Tel. No.:*     77 Water Street, 21ST Floor
                                                New York, New York 10005
                                                (212) 232-1300

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

                                                    Signature: *Amanda M. Rubildo*
                                                    Print Signer's Name:    Amanda M. Rubildo

*Service of a copy of the within*                                              *is hereby admitted.*
*Dated:*

                                                        *Attorney(s) for Defendant(s)*